F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 9 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01039-REB-KLM

JOHN DICKSON,

    Plaintiff,

v.

WALMART STORES, INC.,

    Defendant(s).

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*.

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated:  May 19, 2009

BY THE COURT:
s/ Kristen L.  Mix
Kristen L.  Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01039-REB-KLM

John Dickson
8540 W. 89th Dr.
Westminster, CO 80021

US Marshal Service
Service Clerk
Service forms for: Walmart Stores, Inc.

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Walmart Stores, Inc: TITLE VII COMPLAINT FILED 05/12/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _____5/19/09_____.

GREGORY C. LANGHAM, CLERK

By:_____
                          Deputy Clerk