**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01039-REB-KLM

JOHN DICKSON,

    Plaintiff,

v.

WALMART STORES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulation To Dismiss Case With Prejudice** [#27] filed October 27, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulation To Dismiss Case With Prejudice** [#27] filed October 27, 2009, is **APPROVED**;

2.  That the Trial Preparation Conference set for April 9, 2010, is **VACATED**;

3.  That the jury trial set to commence April 26, 2010, is **VACATED**;

4.  That any pending motion is **DENIED** as moot; and

2

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 28, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge